UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

James William Lindell,

Debtor(s).

Bankruptcy Case No. 15-20541-EEB

Chapter 13

## ORDER DISMISSING CHAPTER 13 CASE
## PRIOR TO CONFIRMATION OF A PLAN

THIS MATTER comes before the Court *sua sponte* on failure of the Debtors to comply with Fed.R.Bankr.P. 3015(b) requiring Debtors to file and serve a Chapter 13 Plan, along with legally sufficient notice, within 14 days of the filing of the petition and no such documents having been filed, the Court

**FINDS** that:
1. No Plan has been confirmed.
2. No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:
1. This case is dismissed. The Clerk of the Court shall cause this Order to be served on all creditors and parties in interest within **five (5) days**.
2. In accordance with 11 U.S.C. § 349(b)(1), any custodianship or proceeding superseded under § 543, any transfer avoided under §§ 522, 544, 545, 547, 548, 549 or 724(a) of Title 11 or preserved under §§ 510(c)(2), 522(i)(2) or 551 of Title 11 is reinstated. Any lien voided under § 506(d) of Title 11 is reinstated; and any order, judgment or transfer ordered under §§ 522(i)(1), 542, 550 or 553 of Title 11 is vacated.
3. All property of the estate, except payments made by the Debtor to the Trustee, shall revest in the Debtor as of the date of this Order pursuant to 11 U.S.C. § 349.
4. Payments made by the Debtor shall be retained by the Trustee pending payment of claims allowed under § 503(b) pursuant to 11 U.S.C. § 1326(a)(2).
   a. Any request for allowance of a § 503(b) claim shall be made in conformation with 11 U.S.C. § 503 and Fed. R. Bankr. P. Rules 9013, 9014 and 2002, and be filed **no later than 28 days of the date of this Order.**
   b. **Within 30 days after determination** of the last request, if any, for allowance of §503(b) claims, the Trustee shall pay all fees imposed by statute and allowed § 503(b) claims from the Debtor's payments and return any surplus to the Debtor.

DATED this 13th day of October, 2015

BY THE COURT:

Elizabeth E. Brown

Elizabeth E. Brown, Bankruptcy Judge