# EXHIBIT 2
**(E-mails btw Counsel)**

**From:** Damon Semmens
**To:** "Stephen Berken"
**Cc:** Calley Berken; Terri Siffring; Dan Hepner
**Bcc:**
**Subject:** RE: good morning
**Date:** Tuesday, March 08, 2016 10:41:00 AM
**Attachments:** image001.png

Thanks Steve,

As far as the production goes, would Mr. Lindell have an objection to simply bringing the boxes to our office so we can scan and copy them if we need to? If he needs someone to move them, I would be happy to provide the labor. I also imagine a number of the documents will be easier to produce in electronic format. The bank statements for example, I see no reason why Mr. Lindell cannot simply request pdf. copies from the bank. In any event, we will do our best to help you maintain the March 18th production date. If the date slips a bit, that's fine, but we need to hold the exam by no later than the first week in April so we have time to respond to the objection deadline and I'll need at least a week to process the materials we receive. Unless Mr. Lindell wants to push the objection deadline back, in which case we might consider filing something with the court.

Keep me in the loop and let me know what we can do to help facilitate the production. Thanks again for your help.

Sincerely,
*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stephen Berken [mailto:stephenberkenlaw@gmail.com]
**Sent:** Tuesday, March 08, 2016 10:02 AM
**To:** Damon Semmens <dms@semmenslaw.com>
**Cc:** Calley Berken <calley@berkenlawoffice.com>; Terri Siffring <tls@semmenslaw.com>
**Subject:** Re: good morning

Damon

I have signed the waiver and I will fax it back to you, and mail a hard copy.

As to the squarest for documents, it is quite substantial. Mr. Lindell informs me that this represents many boxes of documents, most are in storage.

It would require hours and hours to scan this information. My client would be receptive to a mutually agreeable time for one of your representatives to go through the various boxes, and perhaps identify those for copying? We could set a mutually agreeable time. But your deadline of March 18, 2016 might be difficult to accomplish.

Mr. Lindell Is out of the state, beginning March 16th. I am not sure when he returns, but I

would expect at least a week or so.

Today is March 8th. I will get a sense of how long it will take him to retrieve the boxes out of storage, I hope, by the end of today and that I will communicate to you.

Again, I think it would be best that we set a mutually agreeable time for the boxes to be a bit available for inspection.

Regards

Steve

On Tue, Mar 8, 2016 at 9:44 AM, Damon Semmens <dms@semmenslaw.com> wrote:

> Steve,
>
> I write to follow-up on the materials I sent yesterday.  Could you send me an executed copy of the waiver today?  I would like to make sure we have a date set.  If you have any questions or issues, let me know and we can work on them.  But we only have a finite amount of time to work here (the objection deadline is April 19th), and I need to get a production on the calendar so we can set the exam and get everything done in a timely manner.  I will be in the office for the next couple of hours if you want to discuss.
>
> Calley,
>
> Could you provide me with some dates for Steve to Mr. Lindell's 2004 exam during the last week of March or first week of April?  Thanks for the help.
>
>
> Sincerely,
> *Damon M. Semmens, Esq.*
> **SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
> Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com
>
> This e-mail is sent by a law firm and may contain privileged or confidential information.  If you are not the intended recipient, please delete it and notify the sender immediately.  IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.
>
> ---
>
> **From:** Damon Semmens
> **Sent:** Monday, March 07, 2016 9:34 AM
> **To:** 'Stephen Berken' <stephenberkenlaw@gmail.com>
> **Cc:** Terri Siffring (tls@semmenslaw.com) <tls@semmenslaw.com>
> **Subject:** RE: good morning
>
> Steve,
>
> I hope you had a good weekend.
>
> We would be happy to work those items out.  Per our correspondence early last week, my secretary sent over a subpoena with a document list and wavier of service for your signature last Wednesday (I just forwarded it to you again in case there was any problem receiving it).  As far as the examination date goes.  I was considering any time in the last week of March or first week

of April. You said Lindell was traveling until the 23rd, which shouldn't be a problem. What about you? Are you flexible during that time period or does one day work better than another?

I will be in the office all day if you want to discuss. Thanks.

Sincerely,
*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stephen Berken [mailto:stephenberkenlaw@gmail.com]
**Sent:** Monday, March 07, 2016 9:27 AM
**To:** Damon Semmens <dms@semmenslaw.com>
**Subject:** good morning

Damon

Re: Lindell, can we figure out:

1. the list of documents that your requesting
2. the date for the production of same,
3. and the 2004 examination date?


I'm leaving Tuesday night, March 8th and coming back the evening of March 23rd.

thanks

Steve
--

Steve Berken
Law Office of Stephen E. Berken
1159 Delaware Street
Denver, CO  80204
(303) 623-4357.  Ext. 227
Fax: (720) 554-7853

*NACBA Colorado State Chairman*
*CCBA Founder*
*Board Certified - Consumer Bankruptcy Law*
*American Board of Certification*



| | |
|---|---|
| **From:** | Damon Semmens |
| **To:** | "Stephen Berken" |
| **Cc:** | Dan Hepner |
| **Bcc:** | |
| **Subject:** | RE: FW: good morning |
| **Date:** | Monday, March 14, 2016 1:05:00 PM |
| **Attachments:** | image001.png |

Steve,

If Lindell would be willing to sign releases for the bank statements, that would be awesome. We would be more than happy to do the legwork in having them produced. We will, of course, need his help identifying the proper accounts. I will try to prepare releases for the accounts we know of and try to get them over sometime in the next day or two. Thanks.

Sincerely,

*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stephen Berken [mailto:stephenberkenlaw@gmail.com]
**Sent:** Monday, March 14, 2016 12:58 PM
**To:** Damon Semmens <dms@semmenslaw.com>
**Subject:** Re: FW: good morning

Damon

I get it--but my client has some trust issues, and prefers that either he is around for the inspection, or that the stuff is here. He worries some docs may walk away. (This is no reflection of any concerns I have).

As to bank records, to my mind, he has to produce what he has or can get readily. If he does not have it, I will ask he signs a consent for you folks to get it.

Thoughts?

(Hey, getting in the car to go snorkeling--I am back tonight).

On Mon, Mar 14, 2016 at 12:46 PM, Damon Semmens <dms@semmenslaw.com> wrote:

> Steve,
>
> Thanks for the quick update. I know our request to have the documents in my office was a bit unorthodox but, if I am going to have unfettered access in your office, would it not make sense to make have the documents here so I can have my staff copy the materials on our equipment and save you the burden? If not, we can make arrangements to view things in your facilities.

Are any of the documents going to be in electronic format?  As I noted, it would be a lot more efficient for us to get bank statements directly from the bank?

Sincerely,

*Damon M. Semmens, Esq.*
**SEMMENS LAW PC**  | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information.  If you are not the intended recipient, please delete it and notify the sender immediately.  IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stephen Berken [mailto:stephenberkenlaw@gmail.com]
**Sent:** Monday, March 14, 2016 12:39 PM

**To:** Damon Semmens <dms@semmenslaw.com>
**Cc:** Calley Berken <calley@berkenlawoffice.com>; Terri Siffring <tls@semmenslaw.com>
**Subject:** Re: good morning

Damon

I have gotten some information from Lindell.  That he is gathering the records.  That there is quite a bit of paperwork.  That it is too much to scan.

That he is leaving town this Wednesday.  I am not sure if he can assemble everything before he leaves, but my thought is that he drops everything at my office, and can set you up in the conference room to peruse and tag for copying.  Thereafter, we can agree on how to make copies.

I will contact him today to get an estimate as to when the materials will be assembled, and when he can drop them off?

Is this okay?

Steve

On Mon, Mar 14, 2016 at 12:31 PM, Damon Semmens <dms@semmenslaw.com> wrote:
> Steve,
>
> I hope you had a good weekend.  I write to follow-up on the exchange below.  Have you had a chance to talk to your client? Given the deadline's we're wrestling with, I would like to get a scope of work sooner rather than later.  Thanks.
>
> Sincerely,
>
> *Damon M. Semmens, Esq.*
> **SEMMENS LAW PC**  | 1625 Broadway | Ste. 1420 | Denver, CO 80202
> Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com
>
> This e-mail is sent by a law firm and may contain privileged or confidential information.  If you are not the intended recipient, please delete it and notify the sender immediately.  IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Damon Semmens
**Sent:** Tuesday, March 08, 2016 10:41 AM
**To:** 'Stephen Berken' <stephenberkenlaw@gmail.com>
**Cc:** Calley Berken <calley@berkenlawoffice.com>; Terri Siffring <tls@semmenslaw.com>; Dan Hepner <DHepner@sww-legal.com>
**Subject:** RE: good morning

Thanks Steve,

As far as the production goes, would Mr. Lindell have an objection to simply bringing the boxes to our office so we can scan and copy them if we need to? If he needs someone to move them, I would be happy to provide the labor. I also imagine a number of the documents will be easier to produce in electronic format. The bank statements for example, I see no reason why Mr. Lindell cannot simply request pdf. copies from the bank. In any event, we will do our best to help you maintain the March 18th production date. If the date slips a bit, that's fine, but we need to hold the exam by no later than the first week in April so we have time to respond to the objection deadline and I'll need at least a week to process the materials we receive. Unless Mr. Lindell wants to push the objection deadline back, in which case we might consider filing something with the court.

Keep me in the loop and let me know what we can do to help facilitate the production. Thanks again for your help.

Sincerely,
*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stephen Berken [mailto:stephenberkenlaw@gmail.com]
**Sent:** Tuesday, March 08, 2016 10:02 AM
**To:** Damon Semmens <dms@semmenslaw.com>
**Cc:** Calley Berken <calley@berkenlawoffice.com>; Terri Siffring <tls@semmenslaw.com>
**Subject:** Re: good morning

Damon

I have signed the waiver and I will fax it back to you, and mail a hard copy.

As to the squarest for documents, it is quite substantial. Mr. Lindell informs me that this represents many boxes of documents, most are in storage.

It would require hours and hours to scan this information. My client would be receptive to a mutually agreeable time for one of your representatives to go through the various boxes, and perhaps identify those for copying? We could set a mutually agreeable time.

> But your deadline of March 18, 2016 might be difficult to accomplish.
>
> Mr. Lindell Is out of the state, beginning March 16th. I am not sure when he returns, but I would expect at least a week or so.
>
> Today is March 8th. I will get a sense of how long it will take him to retrieve the boxes out of storage, I hope, by the end of today and that I will communicate to you.
>
> Again, I think it would be best that we set a mutually agreeable time for the boxes to be a bit available for inspection.
>
> Regards
>
> Steve
>
> On Tue, Mar 8, 2016 at 9:44 AM, Damon Semmens <dms@semmenslaw.com> wrote:
>> Steve,
>>
>> I write to follow-up on the materials I sent yesterday. Could you send me an executed copy of the waiver today? I would like to make sure we have a date set. If you have any questions or issues, let me know and we can work on them. But we only have a finite amount of time to work here (the objection deadline is April 19th), and I need to get a production on the calendar so we can set the exam and get everything done in a timely manner. I will be in the office for the next couple of hours if you want to discuss.
>>
>> Calley,
>>
>> Could you provide me with some dates for Steve to Mr. Lindell's 2004 exam during the last week of March or first week of April? Thanks for the help.
>>
>>
>> Sincerely,
>> *Damon M. Semmens, Esq.*
>> **SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
>> Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com
>>
>> This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.
>>
>> ---
>>
>> **From:** Damon Semmens
>> **Sent:** Monday, March 07, 2016 9:34 AM
>> **To:** 'Stephen Berken' <stephenberkenlaw@gmail.com>
>> **Cc:** Terri Siffring (tls@semmenslaw.com) <tls@semmenslaw.com>
>> **Subject:** RE: good morning
>>
>> Steve,
>>
>> I hope you had a good weekend.
>>
>> We would be happy to work those items out. Per our correspondence early last week, my

secretary sent over a subpoena with a document list and wavier of service for your signature last Wednesday (I just forwarded it to you again in case there was any problem receiving it). As far as the examination date goes. I was considering any time in the last week of March or first week of April. You said Lindell was traveling until the 23rd, which shouldn't be a problem. What about you? Are you flexible during that time period or does one day work better than another?

I will be in the office all day if you want to discuss. Thanks.

Sincerely,
*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stephen Berken [mailto:stephenberkenlaw@gmail.com]
**Sent:** Monday, March 07, 2016 9:27 AM
**To:** Damon Semmens <dms@semmenslaw.com>
**Subject:** good morning

Damon

Re: Lindell, can we figure out:

1. the list of documents that your requesting
2. the date for the production of same,
3. and the 2004 examination date?


I'm leaving Tuesday night, March 8th and coming back the evening of March 23rd.

thanks

Steve
--

Steve Berken
Law Office of Stephen E. Berken
1159 Delaware Street
Denver, CO  80204
(303) 623-4357.  Ext. 227
Fax: (720) 554-7853

*NACBA Colorado State Chairman*
*CCBA Founder*
*Board Certified - Consumer Bankruptcy Law*
*American Board of Certification*

| | |
|---|---|
| **From:** | Damon Semmens |
| **To:** | "Stephen Berken" |
| **Cc:** | Terri Siffring (tls@semmenslaw.com); "Calley Berken" |
| **Bcc:** | |
| **Subject:** | Record Releases, In Re Lindell, 15-20541 EEB |
| **Date:** | Thursday, March 17, 2016 11:52:00 AM |
| **Attachments:** | image001.png |
| | 16-03-17 Bank Rec. Release - CSR Living (1st Nat.).pdf |
| | 16-03-17 Bank Rec. Release - CSR Living (BoC).pdf |
| | 16-03-17 Bank Rec. Release - Lindell (1st Nat.).pdf |
| | 16-03-17 Bank Rec. Release - Lindell (BoC).pdf |
| | 16-03-17 Bank Rec. Release - LRE (1st Nat.).pdf |
| | 16-03-17 Bank Rec. Release - LRE (BoC).pdf |

Steve,

Per our discussion earlier this week, I have attached several record releases for Mr. Lindell to sign when he gets back in town. Let me know if you have any questions and thanks in advance for the help.

Please also let me know what Mr. Lindell is willing to do in terms of releasing the boxes we discussed. The sooner we can get our arms around the scope of things, the better off we'll be. As I noted before, if we cannot get the records together in a timely fashion, we will have to consider pushing the objection deadline (April 19th) back. Hopefully we can get that done by stipulation but, given the complexity of Mr. Lindell's bankruptcy and his pending production, I don't think my clients would have much trouble obtaining one unilaterally they had to.

I will be in all day if you want to discuss. Thanks again all of your help. Have a great weekend.

Sincerely,

*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Damon Semmens
**To:** "Stephen Berken"
**Cc:** "calleyberken@gmail.com"
**Bcc:**
**Subject:** RE: The Document Production for In Re Lindell, 15-20541
**Date:** Tuesday, April 05, 2016 11:00:00 AM
**Attachments:** image001.png

Steve,

Any updates?

Sincerely,
*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Damon Semmens
**Sent:** Monday, April 04, 2016 10:01 AM
**To:** 'Stephen Berken' <stephenberkenlaw@gmail.com>
**Cc:** calleyberken@gmail.com
**Subject:** RE: The Document Production for In Re Lindell, 15-20541

Thanks Steve,

I look forward to hearing from you later today.

Sincerely,
*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

**From:** Stephen Berken [mailto:stephenberkenlaw@gmail.com]
**Sent:** Sunday, April 03, 2016 11:01 AM
**To:** Damon Semmens <dms@semmenslaw.com>
**Cc:** calleyberken@gmail.com
**Subject:** Re: The Document Production for In Re Lindell, 15-20541

Steve,

I hope your week went well.

I write to follow-up on the Lindell production. First, thanks for accommodating Gary this week. I

appreciate it.

**You're welcome**

.
Second, have you made any progress on the releases we discussed?  Obviously, we believe they are important, but we have not heard anything from you or Mr. Lindell for some time.  I have sent them over twice based on your suggestion that Mr. Lindell would execute them.  If he is not willing to execute them, that's fine.  I just need to know so I can address it.

**I will follow up with him today.  I will asset he send you the executed releases directly and sent a copy to me.**

Third, I've begun our motion to extend, which I will file next week.  As I drafted it, however, I realized I might be able to get things done in a month—if Mr. Lindell will give me the releases.  To keep things simple, what if we stipulate to a month extension?  If we can't get things done we can go back in a month and have a contested motion then.  Let me know what you think and, more importantly, your client's position by Monday.  If you oppose, I will prepare a motion.  If you stipulate, we'll get that done quickly as well.

**I will broach with him the one-month proposal and get back to you. If you do not hear from me by tomorrow afternoon, please send an email.**

Thanks again for the help this week.


On Fri, Apr 1, 2016 at 7:55 PM, Damon Semmens <dms@semmenslaw.com> wrote:
> Steve,
>
> I hope your week went well.
>
> I write to follow-up on the Lindell production.  First, thanks for accommodating Gary this week.  I appreciate it.
>
> Second, have you made any progress on the releases we discussed?  Obviously, we believe they are important, but we have not heard anything from you or Mr. Lindell for some time.  I have sent them over twice based on your suggestion that Mr. Lindell would execute them.  If he is not willing to execute them, that's fine.  I just need to know so I can address it.
>
> Third, I've begun our motion to extend, which I will file next week.  As I drafted it, however, I realized I might be able to get things done in a month—if Mr. Lindell will give me the releases.  To keep things simple, what if we stipulate to a month extension?  If we can't get things done we can go back in a month and have a contested motion then.  Let me know what you think and, more importantly, your client's position by Monday.  If you oppose, I will prepare a motion.  If you stipulate, we'll get that done quickly as well.
>
> Thanks again for the help this week.

Sincerely,

*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information.  If you are not the intended recipient, please delete it and notify the sender immediately.  IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** Damon Semmens
**Sent:** Monday, March 28, 2016 6:21 PM
**To:** 'Stephen Berken' <stephenberkenlaw@gmail.com>
**Cc:** 'calleyberken@gmail.com' <calleyberken@gmail.com>
**Subject:** RE: The Document Production for In Re Lindell, 15-20541

Steve,

I have not heard back from you.  So, I assume there is no objection to Mr. Fleming.  I have accordingly asked him to come by your office about 10:00 a.m. tomorrow.  The number of days Mr. Fleming can visit your office are limited, and I would like to get this process moving now in case it takes longer than expected.  Feel free to call with anything you want to discuss.

Have a good night.

Sincerely,

*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information.  If you are not the intended recipient, please delete it and notify the sender immediately.  IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** Damon Semmens
**Sent:** Monday, March 28, 2016 3:01 PM
**To:** 'Stephen Berken' <stephenberkenlaw@gmail.com>
**Cc:** 'calleyberken@gmail.com' <calleyberken@gmail.com>
**Subject:** RE: The Document Production for In Re Lindell, 15-20541
**Importance:** High

Steve,

I hope you had a good weekend.

I write to follow-up on the e-mail below.  While we consider time to be of the essence on all the issues, the issue of access for my accounting expert is most important.  Mr. Fleming is available to come by tomorrow.  Would your office object if he came by and looked at the materials tomorrow?  What time(s) would work best for you.  Thanks for the help.

Sincerely,

*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information. If you are not the intended recipient, please delete it and notify the sender immediately. IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

---

**From:** Damon Semmens
**Sent:** Friday, March 25, 2016 6:36 PM
**To:** 'Stephen Berken' <stephenberkenlaw@gmail.com>
**Cc:** 'calleyberken@gmail.com' <calleyberken@gmail.com>
**Subject:** The Document Production for In Re Lindell, 15-20541

Steve,

It was a pleasure meeting you in person earlier today. I sincerely appreciate the effort your office went through to organize everything for me, it was not a small number of boxes (36 by my count) and I am sure getting everything together was a chore. So, thank you for the help.

Unfortunately, the materials I reviewed, while voluminous, were not compliant with our production request in the following ways:

1. <u>The CSR Trust</u>. In all the boxes I reviewed, I could not locate a single document related to the CSR Trust Entities described in our Request. We know Mr. Lindell frequently moved money in and out of the Trust and further used the Trust to buy and sell properties. We accordingly need Mr. Lindell to sign the attached releases and produce whatever Trust-related materials he has. If Mr. Lindell is unwilling to help, we will consider elevating this issue to the court's attention.

2. <u>4616 Regency Drive</u>. As you know, Mr. Lindell recently sold the Regency Drive property in Fort Collins but has not accounted for the proceeds. We would like copies of all documents related to the recent sale, including the closing and settlement statements as well as the disbursement check (or wire). Please let me know if Mr. Lindell can produce these items or, if he can't, where we can find them.

3. <u>QuickBooks</u>. The files I reviewed today suggest Lindell Real Estate maintained a set of QuickBooks. Several files contained QuickBook printouts (e.g., project profit and loss statements, etc.) and all the bank statements I reviewed had handwritten "balanced" statements on them. It further looks like Lindell Real Estate used a number of accountants to keep its books over the years. Please let me know if Mr. Lindell produce an electronic copy of the company's QuickBook file. If not, please let me know if I can obtain a copy from his accountants.

4. <u>Tax Returns</u>.  There were no tax returns for Mr. Lindell, Lindell Real Estate or the CSR Trust but there were several documents suggesting returns of some kind were filed.  Let me know if Mr. Lindell can produce these items.  If not, we can prepare a tax release.

As I noted during our meeting, my clients and I are going to request a two month extension to obtain and review the documents we need.  I believe two months is warranted because we will have to obtain the necessary releases from Mr. Lindell, request obtain the necessary documents from a third-party, review (and analyze) them and then complete Mr. Lindell's 2004 exam.  That's quite a bit of work, even with an extra eight weeks.  I understand Mr. Lindell will oppose our extension, which is his prerogative.  If he changes his mind, let me know.  I will file sometime next week.

Finally, I would like to send my forensic accounting expert, Gary Fleming, over to review the documents.  In the interest of disclosure, Mr. Fleming is one of Mr. Lindell's creditors but his also a very accomplished accountant and he has volunteered his services for this project.  I would like for him to start going through the materials we have and building a report for my review.  I know Mr. Lindell is weary of having a creditor go through his materials, but Mr. Fleming is a professional and I am willing to vouch for him.  I believe that would be enough for the Court and it should be enough for Mr. Lindell.  Could we set a time next Tuesday for him to come by and review the materials in your office?  I would greatly appreciate it.

Thanks again, have a great weekend.

Sincerely,
*Damon M. Semmens, Esq.*
**SEMMENS LAW PC** | 1625 Broadway | Ste. 1420 | Denver, CO 80202
Direct (303) 861-4822 | Fax (303) 479-2138 | www.semmenslaw.com

This e-mail is sent by a law firm and may contain privileged or confidential information.  If you are not the intended recipient, please delete it and notify the sender immediately.  IRS Rules of Practice require us to inform you that any advice in this e-mail and its attachments concerning federal tax issues is not intended to be used, and cannot be used, by any taxpayer for the purpose of avoiding penalties under the Internal Revenue Code.

--

Steve Berken
Berken Law Office
1159 Delaware Street
Denver, CO  80204
(303) 623-4357.  Ext. 227
Fax: (720) 554-7853

*NACBA Colorado State Chairman*
*CCBA Founder*
*Board Certified - Consumer Bankruptcy Law*
*American Board of Certification*

| | |
|---|---|
| **From:** | Stephen Berken |
| **To:** | Damon Semmens |
| **Subject:** | Re: Releases |
| **Date:** | Thursday, April 07, 2016 11:12:31 AM |

Damon

I see that Mr. Lindell sent you docs regarding the trust. If there are any remaining docs that have not been produced, they must be rather marginal for anything you are to file in the form of an adversary.

In that context, Mr. Lindell is not particularly keen on give you an extension of time to file an adversary case.

Please advise

Steve

On Wed, Apr 6, 2016 at 8:35 AM, James Lindell <quarterbackpro@gmail.com> wrote:
> Dear Mr. Semmons,
>
> I have asked Mr. Berken to talk with you about the authority to sign the CSR releases you request, I don't know if that was done or not. As I have no Authority to do it. Since I didn't get a changed one, I made one up that hopefully will work for you.
>
> I also included documents of CSR Living Trust with the permission of the current CSR Living Trust trustees. As you will see, it is not how you want it to be but it is what it is.
>
> I don't like the idea of me sending these directly to you but it appears that is what Mr. Berken .
>
> I will find a notary today and sent the others to you tomorrow. Although lots of the requested material was in the boxes I will sign the releases anyway.

--

Steve Berken
Berken Law Office
1159 Delaware Street
Denver, CO  80204
(303) 623-4357 . Ext. 227
Fax: (720) 554-7853

*NACBA Colorado State Chairman*
*CCBA Founder*