UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES WILLIAM LINDELL, | ) | Bankruptcy No. 15-20541 EEB |
| | ) | |
| SSN: xxx-xx-1748 | ) | Chapter 7 |
| Debtor. | ) | |

**MOVANTS' CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

On April 8, 2016, Dominic East, Gary and Kathy Fleming, Scott Friedt, Pat Jeckel, Shane Jeckel, the Jeckel Partnership, William Pike, Jay Rohrer, Barbara Wilkins, Bernard Wilkins, Silvia Wilkins and Lionel Smith, as Movants, filed a Motion or Application pursuant to L.B.R. 9013-1 entitled: Motion to Extend the Discharge & Dischargability Deadlines. Movants hereby certify the following is true and correct:

1. Service of the Motion, Notice and proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and L.B.R. as is shown on the certificate of service, L.B.R. Form 9013-1.2, previously filed with the Motion on April 8, 2016.

2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an Order of the Court, a copy of which is attached), as is shown ons the certificate of service, L.B. Form 9013-1.2, previously filed with the Notice on April 8, 2016.

3. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith (Docket No. 70);
    b. the Notice (Docket No. 71);
    c. the certificate of service of the Motion and Notice (Docket No. 70);
    d. the proposed Order (Docket No. 70); and,

4. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the Notice.

WHEREFORE, Movant prays that the Court forthwith enter an Order, a form of which is submitted herewith, granting the requested relief.

Dated: April 30, 2016

                                    Damon M. Semmens, 37023
                                    Counsel for Movants
                                    1625 Broadway, Suite 1420
                                    Denver, Colorado 80202
                                    (303) 861-4822
                                    dms@semmenslaw.com

COURT USE ONLY: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no Objections to or Requests for Hearing on this Motion have been entered.

Dated:_____                                 _____
                                                                     Signature of Deputy Clerk