**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re: | Bankruptcy Case No. 15-20541 EEB |
| JAMES WILLIAM LINDELL, | Chapter |
| Debtor. | |

**ORDER GRANTING MOTION FOR EXTENSION OF THE
DISCHARGE & DISCHARGEABILITY DEADLINES**

THIS MATTER comes before the Court on the Motion to Extend the Discharge & Dischargeability Deadlines, filed by creditors Dominic East, Gary and Kathy Fleming, Scott Friedt, Pat Jeckel, Shane Jeckel, the Jeckel Partnership, William Pike, Jay Rohrer, Barbara Wilkins, Bernard Wilkins, Silvia Wilkins and Lionel Smith (collectively "Creditors"). The Court, being advised, hereby

This court therefore ORDERS the period for objecting to discharge pursuant to 11 U.S.C. §727 be extended from April 19, 2016, to June 20, 2016. The period for objecting to the dischargeability of certain debts pursuant to 11 U.S.C. § 523 is likewise extended from April 19, 2016, to June 20, 2016, for the following creditors: Dominic East, Gary and Kathy Fleming, Scott Friedt, Pat Jeckel, Shane Jeckel, the Jeckel Partnership, William Pike, Jay Rohrer, Barbara Wilkins, Bernard Wilkins, Silvia Wilkins and Lionel Smith.

DATED this 2nd day of May, 2016

BY THE COURT:

_Elizabeth E. Brown_ (signature)
Elizabeth E. Brown, Bankruptcy Judge